Priority ✓
Send ✓
Enter
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
APR 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD FIELDS, aka REGINALD MILON FIELDS, | Case No. CV 08-2069-GAF(RC) |
| Petitioner, | |
| vs. | JUDGMENT |
| SHERIFF LEROY BACA, | |
| Respondent. | |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action are DISMISSED without prejudice.

DATE: 4/11/08

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\08-2069.mdo
3/31/08